**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACEY FAATUPU LOULANTING,<br><br>Plaintiff,<br><br>v.<br><br>L. FRANCIS CISSNA; KIRSTJEN M. NIELSEN; ROBERT COWAN; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | **Case No: 2:17-cv-09264-ODW-JC**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss (ECF No. 31) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** without prejudice;
2. Each party shall bear their own costs; and
3. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED**.

May 10, 2018

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**